UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DANIEL T. O'CONNOR  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>MACOUPIN COUNTY HEALTH DEPARTMENT  )<br>)<br>Defendant.  )<br>)<br>) | CASE NO.: 14-CV-<br><br>TRIAL BY JURY REQUESTED |

## COMPLAINT

The Plaintiff, DANIEL O'CONNOR, by his Attorney, Greg Roosevelt, for his Complaint against the Macoupin Health Department and states as follows:

### Count I

1.  Daniel T. O'Connor is a resident of Madison, Wisconsin. At the time of the events in question in this Complaint he was a resident of Macoupin County, Illinois and a citizen of the state of Illinois.

2.  The Defendant, Macoupin County Health Department, operates a health department known as Macoupin County Health Department which is located in Carlinville, in Macoupin County, Illinois which is in the Central District of Illinois and said entity is a citizen of the state of Illinois.

3.  In November, 2012 the Plaintiff was hired as a physician for the Defendant. The job title was that of Medical Director. The parties executed an employment contract which is attached and made a part by reference.

4. The Plaintiff was to perform certain duties as a physician in the Defendant's Health Department and did perform those duties.

5. The Plaintiff would see patients who requested prescriptions for drugs and procedures which violated the Plaintiff's religious beliefs being a Roman Catholic. Those patients would see another doctor in the same practice who would review the requested services and services were then provided.

6. In a meeting at the health department staff including its Director, Kent Tarro, the issue of the Plaintiff's religious beliefs, being Catholic, was raised by Mr. Tarro.

7. Subsequently, on or about April 4, 2013 the Plaintiff was fired by Kent Tarro. The employment was terminated because of the Plaintiff's religious faith, being Roman Catholic, and his refusal to prescribe certain medications even though other staff covered that function and prescribed the same. Said termination was wrongful and resulted in great emotional distress and upset to the Plaintiff as well as lost wages with damages exceeding $100,000.

8. The Plaintiff has been issued a Right to Sue by EEOC, and a copy of the same is attached and made a part by reference.

9. As a direct result the Plaintiff lost wages and suffered tremendous emotional distress and upset and seeks damages against the Defendant in an amount in excess of $100,000

## Count II
### Retaliatory Discharge

The Plaintiff, Daniel T. O'Connor, for Count II of his Complaint does hereby realleges paragraphs 1 through 9 of Count I of the Complaint and for Count II further states:

10. The Plaintiff was retaliated against after he objected to prescribing certain medications to clients based upon his religious beliefs. The Plaintiff had informed the Defendant that he could not prescribe the same and was retaliated against for having stated his objection to making those prescriptions.

11. As a direct result the Plaintiff lost wages and suffered tremendous emotional distress and upset and seeks damages against the Defendant in an amount in excess of $100,000.

### Count III
### Breach of Contract

The Plaintiff, Daniel T. O'Connor, for Count III of his Complaint does hereby realleges paragraphs 1 through 9 of Count I of the Complaint, paragraphs 10 and 11 of Count II and for Count III further states:

12. The Plaintiff had entered into a contract with the Defendant to provide certain medical services.

13. The Plaintiff performed said services and fulfilled the responsibilities of his job.

14. The Defendant wrongfully terminated Plaintiff on April 4, 2013 breaching the contract, and Plaintiff has suffered lost wages and financial damages as a result of that breach of contract.

WHEREFORE, Plaintiff seeks judgment against the Defendant in an amount in excess of $100,000.

Respectfully submitted,


/s/ Greg Roosevelt
Greg Roosevelt, #02375427
Roosevelt Law Office
610 St. Louis Street
Edwardsville, IL 62025
618-656-9160 / 618-692-9718 Fax
gregroosevelt@gmail.com